UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA QUINTERO,<br><br>Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 1:19-cv-00261-DAD-SAB<br><br>ORDER RE STIPULATION TO STAY CASE PENDING ARBITRATION<br><br>(ECF No. 7) |

On March 19, 2019, the parties filed a stipulation to stay this matter while they engage in binding arbitration.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. All pending dates in this matter are VACATED;
2. This matter is STAYED for the parties to engage in arbitration; and
3. The parties SHALL FILE a joint status report every ninety (90) days informing the Court of the status of the arbitration.

IT IS SO ORDERED.

Dated: **March 19, 2019**

UNITED STATES MAGISTRATE JUDGE