# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA QUINTERO,<br><br>        Plaintiff,<br>vs.<br>AETNA LIFE INSURANCE COMPANY,<br><br>        Defendants. | Case No.: 1:19-cv-00261-DAD-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 9) |

On April 22, 2019, the parties filed a stipulation to dismiss the action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with Prejudice of this action, with each party to bear their own attorneys' fees and costs. In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **April 23, 2019**

                                                  UNITED STATES MAGISTRATE JUDGE